**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) KEVIN ROGERS, Individually and d/b/a ) THE LAW OFFICES OF KEVIN ROGERS, and ) RAYMOND JEFFRERY BAYSTER, ) ) Defendants. ) ) | Case No. 18-cv-04512 Honorable Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, UNITED STATES FIRE INSURANCE COMPANY, by and through its attorneys, Kennedys CMK LLP, pursuant to Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure, hereby moves to voluntarily dismiss, without prejudice, its Complaint filed against Defendants, KEVIN ROGERS, Individually and d/b/a THE LAW OFFICES OF KEVIN ROGERS, and RAYMOND JEFFRERY BAYSTER in the above-captioned action, with each party to bear their own fees and costs.

Respectfully submitted,

UNITED STATES FIRE INSURANCE COMPANY

Dated: July 16, 2018           by*: /s/ James J. Hickey*

KENNEDYS CMK, LLP

James J. Hickey
Xavier A. Vergara
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606
*Attorneys for Plaintiff*
*United States Fire Insurance Company*

## CERTIFICATE OF SERVICE

    I, Xavier A. Vergara, an attorney, certify that on July 16, 2018, Plaintiff United States Fire Insurance Company's Notice of Voluntary Dismissal was electronically filed with the Clerk of Court using the CM/ECF System, and further was delivered by regular mail and/or electronic mail to Defendant Kevin Rogers, Individually and d/b/a The Law Offices of Kevin Rogers at the address indicated below:

Kevin Rogers
The Law Offices of Kevin Rogers
307 N. Michigan Ave., #305
Chicago, IL 60601

                                                                  /s/ *Xavier A. Vergara*
                                                                  Xavier A. Vergara, Esquire